■ BERNARD TITLEBAUM, Individually, and as Parent and Natural Guardian of ANDREW TITLEBAUM, an Infant, et al., Respondents, v LOBLAWS, INC., et al., Appellants, and CUSTOM BEVERAGE PACKERS, Third-Party Defendant.—Motion for reargument granted to extent that decision entered May 9, 1980 [75 AD2d 985] amended to affirm the granting of cross motion of defendant Loblaws, Inc., against Custom Beverage Packers on the theory of breach of warranty and the cross motion of Custom Beverage Packers

against Anchor Hocking Corp. on the theory of breach of warranty. Present —Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.